UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Nicolasa S., | Case No. 26-CV-0756 (ADM/LIB) |
| Petitioner, | |
| v. | **ORDER** |
| David Easterwood, Acting Director of St. Paul Enforcement and Removal Operations, Immigration and Customs Enforcement; Kristi Noem, Secretary of the Department of Homeland Security; Pamela Bondi, Attorney General of the United States; and Todd Lyons, Acting Director, U.S. Immigration and Customs Enforcement, | |
| Respondents. | |

---

This matter is before the Court on Petitioner's Emergency Motion for Temporary Restraining Order and Preliminary Injunction [Docket No. 5]. Petitioner is currently detained by Respondents and seeks an order enjoining Respondents from transferring her to another jurisdiction or removing her from the United States before this Court can adjudicate the lawfulness of her detention. The Court finds that such relief is necessary to ensure that this Court's jurisdiction is protected and that Petitioner's claims may be fully and fairly adjudicated on the merits.

Based on the foregoing, **IT IS HEREBY ORDERED THAT** the Motion [Docket No. 5] is **GRANTED IN PART** as follows:

1

1. Respondents are **ENJOINED** from moving Petitioner outside of Minnesota until further order of the Court, so that Petitioner may consult with counsel while the Court is considering the Petition, and so that there is no risk that removal of petitioner from Minnesota will deprive this Court of jurisdiction over the petition.

2. If Petitioner has already been removed from Minnesota, Respondents are **ORDERED** to immediately return Petitioner to Minnesota.

3. All other relief requested in the Motion is denied at this time.

BY THE COURT:

Dated: January 30, 2026

s/Ann D. Montgomery
Ann D. Montgomery
United States District Judge