UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Nicolasa S.M.,[1]                                            Civil No. 26-756 (ADM/LIB)

                    Petitioner,

    vs.                                                      ORDER ADOPTING THE
                                                             REPORT AND RECOMMENDATION

David Easterwood, et al.,

                    Respondents.

* * * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I.

Brisbois, and after an independent review of the files, records and proceedings in the above-entitled

matter, **IT IS ORDERED**:

1.    Nicolasa S.M.'s Petition for a writ of habeas corpus, [Docket No. 1], is

      **GRANTED**;

2.    Respondents are required to immediately release Petitioner in Minnesota without

      subjecting her to conditions greater than those specifically imposed in the order

      effectuating her initial release from ICE custody in 2024;

3.    Respondents are required to release Petitioner with all her personal effects seized

      during her arrest, as well as, all identification documents and immigration

      documentation;

---

[1] This District has adopted the policy of using only the first name and last initial of any nongovernmental parties in immigration opinions such as the present Report and Recommendation. See, e.g., Yee S. v. Bondi, No. 25-cv-2782 (JMB/DLM), 2025 WL 2879479, at *1 n.1 (D. Minn. Oct. 9, 2025); Sarail A. v. Bondi, No. 25-cv-2144 (ECT/JFD), 2025 WL 2533673, at *1 n.1 (D. Minn. Sept. 3, 2025). Accordingly, where the Court refers to Petitioner by her name, only her first name and last initial are provided.

4.      Respondents are required to confirm Petitioner's release in Minnesota from custody within forty-eight (48) hours from the date of any Order adopting the present Report and Recommendation; and

5.      Respondents are precluded from redetaining Petitioner under a statutory theory this Court has rejected in this proceeding absent materially changed circumstances.


                                                   s/Ann D. Montgomery
                                                   Ann D. Montgomery
DATED: March 17, 2026                              United States District Judge