# UNITED STATES DISTRICT COURT
## District of Minnesota

Nicolasa Sebastian Matacua,

Petitioner(s),

v.

David Easterwood, Kristi Noem, Pamela Bondi, and Todd Lyons,

Respondent(s),

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-00756-ADM-LIB

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Based upon the status update 17 provided by Respondents, this matter is now dismissed.

Date: 3/26/2026

KATE M. FOGARTY, CLERK